## Commonwealth *v.* Porter, Appellant.

 Argued December 10, 1968. *Melvin Dildine,* Assistant Defender, with him *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, with him *Harold K. Don, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney,

and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.